

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NOS.  02-11-00300-CR
## 02-11-00301-CR

MARK TIMOTHY GOMEZ                                                    APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

------------

FROM COUNTY CRIMINAL COURT NO. 1 OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Motion To Dismiss Appeal."  The motion complies with rule 42.2(a) of the rules of appellate procedure.  Tex. R. App. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.2(a), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

PER CURIAM

PANEL:  DAUPHINOT, J.; LIVINGSTON, C.J.; and WALKER, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  December 15, 2011